UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.H.,

                Plaintiff,

      - against -

N.Y.C. DEP'T OF EDUC.,

                Defendant.

**ORDER**

22 Civ. 7960 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Pursuant to this Court's order granting Defendant an extension to respond to the

Complaint (Dkt. No. 12), the conference on December 8, 2022, is adjourned to **January 19,**

**2023 at 11:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York.

Dated:  New York, New York
        December 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge