UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.H., <br><br> Plaintiff, <br><br> -v.- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | 22 Civ. 7960 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

Defendant's request for an extension of time (ECF No. 15) is GRANTED. Defendant shall respond to the Complaint by April 12, 2023. The January 19, 2023 conference has been adjourned pursuant to the Court's Notice of Reassignment (ECF No. 16).

SO ORDERED.

Dated: January 13, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge